**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HOLLY KOVACIC, | ) | CASE NO. 1:21-cv-02042 |
| | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARAMARK CORRECTIONAL | ) | **ORDER** |
| SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On August 3, 2022, Plaintiff Holly Kovacic filed a motion to consolidate the present action, Case No. 1:21-cv-02042, with *Wormald v. Warden Charmaine Bracy*, Case No. 1:22-cv-00405. (R. 26). Plaintiff filed an Amended Motion to Consolidate on August 17, 2022. (R. 28). Plaintiff asserts "[c]onsolidation would avoid unnecessary costs and delay. It would also prevent inconsistent rules for essentially the same civil rights violations and/or other actionable conduct." *Id*. at PageID# 139. Defendants oppose the motion, pointing out that each action includes different defendants and the alleged sexual misconduct at issue in each case occurred at different times (alleged incidents involving Plaintiff Kovacic occurred in March 2021, while the alleged incidents involving Plaintiff Wormald occurred three months later), and arguing that

consolidation could unfairly prejudice Defendants and cause confusion of issues before the jury. (R. 27).

While the matters are somewhat related and may involve overlapping issues of law, the risk of inconsistent rulings is absent given both matters are before the undersigned District Judge. Further, the Court intends to set these cases on parallel tracks unless compelling circumstances necessitate that they should proceed at different speeds. Finally, the potential for unfair prejudice and confusion of issues stemming from consolidation is not unfounded and outweighs potential efficiencies gained through consolidation. Therefore, the amended motion to consolidate (R. 28) is hereby DENIED, while the initial motion to consolidate (R, 26) is denied as moot.

IT IS SO ORDERED.

*s/ David A. Ruiz*
David A. Ruiz
United States District Judge

Date: October 21, 2022